IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02037-BNB

KRIS MILANO,

    Plaintiff,

v.

POPCO ENTERPRISES, LLC,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2009

GREGORY C. LANGHAM
    CLERK

---

ORDER

---

Plaintiff initiated this action by filing *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Verified Complaint and Jury Demand. In an order filed on August 27, 2009, the court directed the clerk of the court to commence a civil action and directed Plaintiff to cure certain deficiencies if he wished to pursue his claims in this action. Plaintiff was warned that the complaint and the action would be dismissed if he failed to cure the deficiencies within thirty days.

Plaintiff failed to cure the deficiencies within the time allowed. However, on October 8, 2009, Plaintiff filed, through counsel, a Motion to Accept Late Filing and a Motion to Amend Complaint. Plaintiff also tendered his First Amended Complaint to the court on October 8. Plaintiff alleges in the Motion to Accept Late Filing that counsel was just retained to represent him in this action.

The Motion to Accept Late Filing and the Motion to Amend Complaint will be granted and the clerk of the court will be directed to file the First Amended Complaint

tendered to the court on October 8, 2009.  The pending Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915 also will be granted.  Accordingly, it is

ORDERED that the Motion to Accept Late Filing filed on October 8, 2009, is

granted.  It is

FURTHER ORDERED that the Motion to Amend Complaint filed on October 8,

2009, is granted and the clerk of the court is directed to file the First Amended

Complaint tendered to the court on October 8, 2009.  It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 filed on August 19, 2009, is granted.

DATED October 14, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-02037-BNB

Johanna Brammer-Hoelter
Attorney at Law
**DELIVERED ELECTRONICALLY**


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10|14|09

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk