IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02037-RPM

KRIS MILANO,

    Plaintiff,

v.

POPCO ENTERPRISES, LLC,

    Defendant..

_____

ORDER GRANTING MOTION TO WITHDRAW
_____

    At the hearing held today on the motion of plaintiff's counsel to withdraw and the Court having been advised by James Abrams, counsel for the plaintiff, that the plaintiff is still in custody on charges not known to counsel and that there has been a complete failure of Kris Milano to communicate with his counsel, including the failure to provide information necessary for responding to the pending discovery request from the defendant, it is now

    ORDERED that the motion to withdraw is granted. James Abrams and Johanna Brammer-Hoelter have no further responsibility for the representation of the plaintiff in this case. Notice of this order shall be sent by registered mail to Kris Milano 12850 E. Oregon Drive, Aurora, CO 80012

    DATED: August 30th, 2010

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge