IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02037-RPM

KRIS MILANO,

    Plaintiff,

v.

POPCO ENTERPRISES, LLC

    Defendant.
_____

ORDER RE: MOTION TO COMPEL
_____

Upon review of the Motion to Compel [30], it is

ORDERED that Plaintiff is to respond to Defendant's First Set of Combined Interrogatories and Requests for Production of Documents within 10 days after the entry of this Order, and further Plaintiff is ordered to pay Defendant's reasonable expenses in bringing its Motion to Compel, including attorney fees in an amount to be determined by the Court.

ORDERED this 29th day of September, 2010.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge