IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02037-RPM

KRIS MILANO,

    Plaintiff,

v.

POPCO ENTERPRISES, LLC,

    Defendant..

_____

ORDER OF DISMISSAL
_____

On September 29, 2010, an order entered requiring the plaintiff to respond to the defendant's First Set of Combined Interrogatories and Request for Production of Documents within ten days from the date of the order.  On October 25, 2010, the defendant filed a motion to dismiss, alleging that the plaintiff has failed to comply with that order and has not responded to the discovery requests.  Pursuant to Fed.R.Civ.P. 37(b)(2)(A), it is

ORDERED that this civil action is dismissed with prejudice and because of this dismissal as a sufficient sanction, it is

FURTHER ORDERED that any request for attorney's fees in the motion to dismiss and in this Court's previous order is denied and the previous order for payment is vacated.

DATED:   December 1st, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge